UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE NATHANIEL GLYNN

Write the full name of each plaintiff.

-against-

DONALD JOHN TRUMP SENIOR

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

26 CV 3076

_____CV_____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

RECEIVED
SDNY PRO SE OFFICE
2026 APR 15 AM 11: 08

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

THE U.S. CONSTITUTION ARTICLE II SECTION 2

THE U.S. CONSTITUTION ARTICLE III SECTION 1

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, JERMAINE NATHANIEL (RESIY) GLYNN , is a citizen of the State of
(Plaintiff's name)

THE STATE OF NEW YORK

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _DONALD JOHN TRUMP SENIOR_, is a citizen of the State of
(Defendant's name)

_THE STATE OF NEW YORK_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_JERMAINE_  _NATHANIEL @osun_  _GLYNN_
First Name        Middle Initial        Last Name

_442 EAST 176 STREET APARTMENT 21_
Street Address

_BRONX_                _NEW YORK_        _10457_
County, City        State        Zip Code

_213.595.5126_        _____
Telephone Number        Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _DONALD        TRUMP_
        First Name        Last Name

_PRESIDENT OF THE UNITED STATES OF AMERICA_
        Current Job Title (or other identifying information)

_1600 PENNSYLVANIA AVENUE NORTH WEST_
        Current Work Address (or other address where defendant may be served)

_WASHINGTON D.C._  _MARYLAND_  _20500_
        County, City        State        Zip Code

Defendant 2: _____
        First Name        Last Name

_____
        Current Job Title (or other identifying information)

_____
        Current Work Address (or other address where defendant may be served)

_____
        County, City        State        Zip Code

Defendant 3: _____
        First Name        Last Name

_____
        Current Job Title (or other identifying information)

_____
        Current Work Address (or other address where defendant may be served)

_____
        County, City        State        Zip Code

Defendant 4: _____

    First Name                Last Name

    _____

    Current Job Title (or other identifying information)

    _____

    Current Work Address (or other address where defendant may be served)

    _____

    County, City             State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: THE WHITE HOUSE

Date(s) of occurrence: 12. 12. 2024

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

THE U.S. CONSTITUTION ARTICLE II SECTION 2:

" DONALD JOHN TRUMP SENIOR SHALL NOMINATE AND SHALL APPOINT JERMAINE NATHANIEL @©SM GLYNN JUDGE OF THE SUPREME COURT OF THE UNITED STATES WHOSE APPOINTMENT SHALL BE ESTABLISHED BY LAW OF ARTICLE III CONSTITUTION OF THE UNITED STATES OF AMERICA. "

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

FALSE ACCUSATIONS . BLOODSHED . MURDER THREATS

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

JUDGMENT AS A MATTER OF LAW ARTICLE II U.S. CONST. DONALD JOHN TRUMP SENIOR SHALL APPOINT JERMAINE NATHANIEL BOSU GLYNN JUDGE OF THE SUPREME COURT OF THE UNITED STATES BY LAW WHO SHALL HOLD HIS OFFICE DURING GOOD BEHAVIOUR AND SHALL RECEIVE FOR HIS SERVICES A $704300. COMPENSATION WHICH SHALL NOT BE DIMISHED DURING HIS CONTINUANCE IN OFFICE AND THAT DONALD JOHN TRUMP SENIOR SHALL TAKE CARE THAT THE LAWS BE FAITHFULLY EXECUTED

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

APRIL. 15. 2026
Dated

18 USC 666 @©sm
Plaintiff's Signature

JERMAINE    NATHANIEL @©sm    GLYNN
First Name          Middle Initial          Last Name

442 EAST 176 STREET APARTMENT 21
Street Address

BRONX                NEW YORK                10457
County, City          State          Zip Code

213.595.5126
Telephone Number

Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.