UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE NATHANIEL GLYNN,

                          Plaintiff,

            -against-

DONALD JOHN TRUMP SR,

                          Defendants.

26-cv-3076 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 27, 2026, order, the Court dismisses this action as frivolous.

This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

SO ORDERED.


Dated:   April 30, 2026
         New York, New York


                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge